Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670

Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing_office@speakeasy.net

Attorneys for Plaintiff DONTE MARKELL STEARNES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE MARKELL STEARNES, ) | Case No.: 09-CV-00647-GSA |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY. ) | |
| ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including January 16, 2010, in which to file the opening brief.

**IT IS SO ORDERED**

DATE: December 23, 2009         /s/ Gary S. Austin

                                Gary S. Austin
                                United States Magistrate Judge

-1-